# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-51184
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 5, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ZACARIAS ERNESTO ORTEGA-HUETE,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:13-CR-1586-1

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Zacarias Ernesto Ortega-Huete has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ortega-Huete has not filed a response.

Ortega-Huete has been released from prison and removed to Mexico, and thus any challenge to his sentence is moot. *See United States v.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-51184

*Rosenbaum-Alanis*, 483 F.3d 381, 383 (5th Cir. 2007).  We have reviewed counsel's brief and the relevant parts of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot, *see Rosenbaum-Alanis*, 483 F.3d at 383.